# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| IBRAHIM SAMURA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| | ) Case No.: 4:12-cv-2471-CLS-PWG |
| v. | ) |
| | ) |
| ERIC H. HOLDER, et al., | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

This case is before the court on Respondents' Motion to Dismiss as Moot (doc. no. 10), filed March 1, 2013. In their motion, Respondents note that Petitioner was removed from the United States on October 28, 2012. (Doc. # 10-1). Because Petitioner has been removed, the court can no longer provide meaningful relief. Thus, the court finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, Respondents' motion to dismiss is due to be granted and the petition is due to be dismissed.

A separate order will be entered.

DONE this 5th day of November, 2013.

_____
United States District Judge